# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

ANDY BLANKENSHIP (True Name: Andrew Phillip Blankenship, Sr.)

F I L E D
ASHEVILLE, N. C.

FEB 2 2 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:05cr216-1

USM Number: 18921-058
Reid Brown
Defendant's Attorney

**THE DEFENDANT:**

X    pleaded guilty to count(s) <u>1 & 2</u>
_    Pleaded guilty to violation(s)
_    Pleaded not guilty to count(s)
_    Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 16 USC 3372(a)(1), 3373(d)(2); 18 USC 2 | Unlawful transportation and receipt of American black bear; aid & abet same | 11/20/04 | 1 |
| 36 CFR 261.8(a) | Unlawfully possess and transport an American black bear which was killed in another state | 11/20/04 | 2 |

X    Counts(s) <u>3</u> (is)(are) dismissed on the motion of the United States.
_    Violation Notice(s) (is)(are) dismissed on the motion of the United States.
_    Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1.    Defendant is placed on unsupervised probation for a term of 12 Months on each of Cts. 1 & 2, to run concurrently.

While on probation, the defendant shall not commit another federal, state or local crime and shall comply with the following conditions:

2.    Defendant shall not hunt on National Forest lands in North Carolina.

3.    Defendant shall pay to the United States a special assessment of $35.00, due and payable immediately, This consists of a $25.00 assessment for Ct. 1 and a $10 assessment for Ct. 2.

4.    Defendant shall make restitution as directed to GA DNR, Law Enforcement Division, 2150 Dawsonville Hwy., Gainesville, Ga. 30501, in the amount of $1,500.00 Defendant is jointly and severally liable with co-defendant(s) for the total amount of restitution.

5.    Having considered the factors noted in 18 USC 3572(a), defendant shall pay to the United States a fine of $4,000.00.

X    The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $ $100.00 Per month.**

THE DEFENDANT SHALL FORFEIT TO THE UNITED STATES THE TRACKING BOX, SERIAL #019282; MARLIN FIREARM, .45/70, MODEL #189555; 4 TRACKING COLLARS, SERIAL #381080, R99819, R99821, 7HLPM-3II0004. THE ATV, 4 WHEELER, SHALL BE RETURNED TO THE OWNER.

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: February 8, 2006

Date of Imposition of Sentence: February 8, 2006

Signature of Judicial Officer

Defendant's Mailing Address:
2055 Hwy. 64 West, Hayeville, NC 28904

Date: _2-22-06_

**RETURN**

I have executed this Judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

By _____

United States Deputy Marshal